(January 21, 1969)

In the Matter of KINGS BAY HOUSES, et al., v. CHARLES MARKS, as a Justice of the Supreme Court, et al., Respondents.— Cross motion to dismiss the petition as a matter of law granted and the proceeding dismissed, with one bill of $50 costs and disbursements to the respondents. Concur— Stevens, P. J., Eager, Tilzer and McNally, JJ.

(January 23, 1969)

JOSEPHINE MARZILIANO, Respondent, et al., Plaintiff, v. FIRESTONE TIRE & RUBBER Co., INC., et al., Appellants.— Order entered January 12, 1968, setting aside verdict in favor of the defendants against plaintiff Josephine Marziliano, unanimously reversed, on the law and the facts, with $50 costs and disbursements to defendants-appellants and the verdict reinstated. In this personal injury action, the jury returned a verdict for the defendants, finding both drivers of the vehicles involved to have been negligent. The jury made a further explicit finding that the mental illness of the plaintiff-respondent, a passenger in the automobile driven by her husband, was not attributable to the slight contact between the two vehicles. The record amply supports this latter finding. No valid reason appears which justified that the verdict in favor of the defendants as against this plaintiff be set aside. (*Vaughn-Rees* v. *Connolly*, 30 A D 2d 785; *Sherman* v. *Smith*, 23 A D 2d 642; *Salvitelli* v. *Janusz*, 19 A D 2d 886; *Marton* v. *McCasland*, 16 A D 2d 781; *Carkner* v. *Strokes*, 276 App. Div. 866.) Concur — Stevens, J. P., Eager, Tilzer and McNally, JJ.

CELIA KALL, Respondent-Appellant, v. EVANS KALL, Appellant-Respondent.— Judgment awarding plaintiff permanent alimony in the sum of $100 per week and an additional counsel fee of $300, unanimously modified, on the law and the facts, to the extent of reducing the alimony to $75 per week, and, as so modified, affirmed, without costs or disbursements. The record fails to sustain the award of support. In the circumstances, the award of alimony beyond the sum herein provided was excessive. Concur — Stevens, P. J., Tilzer, Markewich, Rabin and McNally, JJ.

ANA BERRIOS, as Guardian ad Litem in Behalf of RAMONA S. BERRIOS, an Infant, Respondent, v. HOLY NAME DAY NURSERY, Appellant.— Order of the Appellate Term entered February 7, 1968, unanimously reversed, on the law and the facts, and in the exercise of discretion, without costs or disbursements, and the verdict of the Civil Court reinstated. Considering the nature and extent of the injury sustained by the infant plaintiff, her pain and suffering, as well as the medical expense incurred, it cannot be said that the verdict returned bears no reasonable relationship to the loss suffered. It does not appear, moreover, that the verdict was the result of improper motive. In the circumstances it constituted an abuse of discretion to set aside the verdict. (*Reich* v. *Evans*, 7 A D 2d 765.) Concur — Stevens, P. J., Eager, Tilzer and McNally, JJ.